|   |   |
|---|---|
| DEBORAH M. COOK, | No. 2:18-cv-01182-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| UPS CARTAGE SERVICES, INC., et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

By way of the present action, Plaintiff Deborah M. Cook ("Plaintiff") pursues state law claims for, among other things, wrongful termination, failure to prevent discrimination, defamation, and intentional infliction of emotional distress. On October 16, 2018, this Court dismissed Plaintiff's third and fourth causes of action with final leave to amend and advised Plaintiff that "[i]f no amended complaint is timely filed, the causes of action dismissed by virtue of this Order will be deemed dismissed with prejudice upon no further notice to the parties." ECF No. 26 at 4.

///
///
///
///

1

No amended complaint has been filed, and those causes of action previously dismissed by the Court are hereby deemed dismissed with prejudice. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE