POLSINELLI LLP
CARMEN J. COLE (SBN 218489)
EMILY K. HARVIN (SBN 299950)
ccole@polsinelli.com
eharvin@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  (310) 556-1801
Facsimile:   (310) 556-1802

Attorneys for Defendant
UPS CARTAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH M. COOK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UPS CARTAGE SERVICES, INC., et. al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01182-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF DEADLINE** |

**ORDER**

Upon stipulation of the Parties and good cause having been shown, the Court hereby ORDERS that the discovery cutoff deadline shall be extended to October 4, 2019.

IT IS SO ORDERED.

Dated: May 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF
68602324.1