**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
LISA L. BRADNER, State Bar No. 197952
2489 Sunrise Blvd., Ste. A
Gold River, California 95670
Tel:   (916) 400-2734
Fax:  (916) 400-2744
dpc@costalaw.net
llb@costalaw.net

Attorneys for Plaintiff,
DEBORAH M. COOK

POLSINELLI LLP
CARMEN J COLE   (SBN 218489)
ccole@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, California 90067
Tel:   (310) 556-1801
Fax:  (310) 556-1802

Attorneys for Defendant,
UPS CARTAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH M. COOK,<br><br>            Plaintiff,<br>v.<br><br>UPS CARTAGE SERVICES, INC.,<br>JAMES ALDER and WAYNE LASHLEY and<br>DOES 1-20, inclusive;<br><br>            Defendants. | Case No.: 2:18-cv-01182-MCE-KJN<br><br>**ORDER RE DISMISSAL** |

      Pursuant to the request of the Plaintiff through the filed stipulation of dismissal signed by all parties who have appeared, attesting to resolution of the matter (ECF No. 32), and good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed with prejudice as to all parties;

each party to bear their own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  October 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE